RALPH A. CAROUSO, as President of Empire Case Goods Workers Union, Suing on Behalf of Himself and Others, Appellant and Respondent, *v.* EMPIRE CASE GOODS COMPANY, Appellant, and SIDNEY G. ROSE, Doing Business under the Assumed Name of EMPIRE CASE GOODS, Respondent.

Submitted May 28, 1947; decided July 2, 1947.

*J. Russell Rogerson* for defendant-appellant.

*Rollin A. Fancher* and *Allison P. Olson* for plaintiff, appellant and respondent.

*Ernest Cawcroft* for defendant-respondent.

Judgment affirmed, with costs to respondent Rose against Carouso and Empire Case Goods Company. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.